CHARLES A. CLEGG, Respondent, *v.* ANDREW J. AIKENS et al., Respondents, THE AIKENS NEWSPAPER UNION, Appellant.

(Argued February 28, 1888; decided March 13, 1888.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made October 26, 1887, modifying and affirming, as modified, an order of Special Term disallowing certain items taxed by the appellant in its bill of costs, and denying an application for a further reference.

*Philip Carpenter* for appellant.

*Wm. Ford Upson* for respondents.

Agree to affirm ; no opinion.
All concur.
Order affirmed.